NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-773


STATE OF LOUISIANA

VERSUS

ADAM FRANK


**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03K0233B
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

**********

**JOHN D. SAUNDERS**
**JUDGE**

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED.**


**Earl B. Taylor**
**District Attorney**
**27th Judicial District Court**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-3041**
**Counsel for Plaintiff:**
**State of Louisiana**

**Carey J. Ellis  III**
**Louisiana Appellate Project**
**707 Julia Street**
**Rayville, LA 71269**
**(318) 728-2043**
**Counsel for Defendant:**
**Adam Frank**

**Alisa Ardoin Gothreaux**
**Assistant District Attorney**
**27th Judicial District Court**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-0551**
**Counsel for Plaintiff:**
**State of Louisiana**

**Adam Frank**
**Camp C, Jaguar 3-R-10**
**Louisiana State Penitentiary**
**Angola, LA 70712**
**Counsel for Defendant:**
**Adam Frank**